STATE of Missouri,
Plaintiff/Respondent,

v.

Terrence D. REID,
Defendant/Appellant.

No. ED 85153.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 20, 2005.

Evan J. Buchheim, Assistant Attorney General, Jefferson City, for respondent.

Michelle M. Rivera, St. Louis, for appellant.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and BOOKER T. SHAW, J.

*ORDER*

PER CURIAM.

Defendant, Terrence D. Reid, appeals from a judgment entered by the trial court after a jury verdict finding him guilty of unlawful use of a weapon, in violation of section 571.030 RSMo (2000). The trial court sentenced defendant to eight years in prison.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).